SHIRLEY MASON, Respondent, *v.* LORY DRESS CO., INC., Appellant, et al., Defendants.

Argued January 15, 1953; decided March 6, 1953.

*David B. Friedland* for appellant.

*Emanuel Redfield* and *Abraham V. Kaplan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.